UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BEAU A. DERISE | CIVIL ACTION NO. 6:21-CV-03670 |
| VERSUS | JUDGE SUMMERHAYS |
| UNITED STATES DISTRICT COURT, MONROE DIVISION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, consistent with the report and recommendation,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint filed in this lawsuit is dismissed without prejudice for failure to state a plausible, nonfrivolous claim on which relief can be granted.

IT IS FURTHER ORDERED that this matter be REFERRED to the Magistrate Judge to set a show cause hearing ordering Plaintiff Beau A. Derise to show cause as to why he should not be placed on the list of sanctioned/barred litigants for this district, so that he can be barred from filing any action in the United

States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

Signed at Lafayette, Louisiana, this 9th day of November, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE